# Order

Michigan Supreme Court
Lansing, Michigan

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146209

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MELANIE MARIE NOVAK,
      Defendant-Appellant.

SC: 146209
COA: 311775
Van Buren CC: 12-610762-AR

_____/

      On order of the Court, the application for leave to appeal the September 26, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

s0325